IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| TERRY DIXON and<br>MICHAEL FITZPATRICK,<br><br>       Plaintiffs,<br><br>v.<br><br>ROBERT ARMSTRONG and<br>DANA ARMSTRONG,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-5038-CV-W-DW |

## ORDER

  Pending before the Court is Plaintiffs' motion for voluntary dismissal (Doc. 3). Pursuant to Fed. R. Civ. P. 41(a)(1)(i), a plaintiff may dismiss an action prior to the service of an answer by the adverse party. As no answer has been filed in the above-captioned matter, dismissal is appropriate. Accordingly, the Court GRANTS the motion and this action is dismissed *without prejudice*.

  IT IS SO ORDERED.

                     /S/ DEAN WHIPPLE
                     Dean Whipple
                    United States District Court

Date: April 24, 2006